60 So.2d 357

### DUCKETT v. STATE.
### 8 Div. 658.

Supreme Court of Alabama.

Aug. 27, 1952.

Harold T. Pounders, Florence, for petitioner.

Si Garrett, Atty. Gen., opposed.

SIMPSON, Justice.

Petition for certiorari to the Court of Appeals to review the judgment and opinion of that court in Duckett v. State, 60 So.2d 357.

The petition is not on transcript paper, as required by Supreme Court Rule 36, Code 1940, Title 7, Appendix, and we have no alternative but to strike it. So ordered. Stovall v. Stovall, Ala.Sup., 57 So.2d 641;[1] Bates v. General Steel Tank Co., 256 Ala. 466, 55 So.2d 218; Maddox v. City of Birmingham, 255 Ala. 440, 52 So.2d 166; Nix v. State, 251 Ala. 1, 36 So.2d 456; Barnett v. Patillo, 251 Ala. 1, 36 So.2d 451; Anderson v. State, 251 Ala. 32, 36 So.2d 244; Farley v. State, 251 Ala. 391, 37 So.2d 440; Johns v. Thomas H. Vaughn & Co., 251 Ala. 489, 38 So.2d 21; Haney v. State, 250 Ala. 664, 36 So.2d 117; Allen v. State, 249 Ala. 201, 30 So.2d 483; Peterson v. State, 248 Ala. 179, 27 So.2d 30. See Ex parte Wood, 215 Ala. 280, 110 So. 409.

Petition stricken.

FOSTER, LAWSON and STAKELY, JJ., concur.

1. Ante, p. 124.